**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARCELORMITTAL USA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:19-cv-02451 |
| | ) | |
| GUARDSMARK, LLC and | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**LEXINGTON INSURANCE COMPANY'S
MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(3) AND 9 U.S.C. §§ 2–4**

Defendant, Lexington Insurance Company ("Lexington"), by counsel, Ilene M. Korey, Henry T. M. LeFevre-Snee, and Clausen Miller, P.C., hereby moves pursuant to FED. R. CIV. P. 12(b)(3) and 9 U.S.C. §§2-4 to dismiss the complaint of Plaintiff Arcelormittal USA LLC ("AMUSA") against Lexington for improper venue. In support of its motion, Lexington relies upon the Memorandum of Law and Affidavit of Henry T. M. LeFevre-Snee and exhibit thereto, which are filed contemporaneously herewith. As set out in further detail therein, AMUSA is bound by the Lexington Policy's arbitration clause, which requires that the matter be dismissed in favor of arbitration at the insured's headquarters in California.

WHEREFORE, Defendant, Lexington Insurance Company respectfully requests that this Court enter an Order dismissing this matter as to Lexington, and for all other relief that this Court finds just and proper.

May 20, 2019

1

5978076.1

2

/s/ Ilene M. Korey
ILENE M. KOREY (#6185645)
CLAUSEN MILLER P.C.

ILENE M. KOREY (#6185645)
HENRY T.M. LEFEVRE-SNEE (#6326331)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
ikorey@clausen.com
hlefevresnee@clausen.com

2

5978076.1

**PROOF OF SERVICE**

The undersigned certifies that on the **20th** day of **May, 2019**, she caused the foregoing Lexington Insurance Company's Motion to Dismiss to be served upon the parties of record via the Court's electronic notification system.

_/s/ Ilene M. Korey_
ILENE M. KOREY (#618565645)

3

5978076.1