**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARCELORMITTAL USA LLC, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No.: 1:19-cv-02451 |
| : | |
| : | Hon. Robert W. Gettleman |
| GUARDSMARK, LLC and LEXINGTON : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendants. : | |
| : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry dated July 21, 2020 (Dkt. 44), Plaintiff, ArcelorMittal USA LLC ("AMUSA"), and Defendant, Guardsmark, LLC ("Guardsmark"), by and through their respective attorneys, respectfully submit this joint status report.

On November 14, 2019, AMUSA filed its First Amended Complaint against Guardsmark, seeking recovery for defense costs AMUSA incurred in connection with certain underlying litigation actions. (Dkt. 33.)

The Court held a status hearing on November 20, 2019. At that time, AMUSA understood that Guardsmark's insurer was reviewing AMUSA's defense costs. In order to facilitate potential resolution of this matter, Guardsmark's time to respond to the First Amended Complaint was stayed until further order of the Court. (Dkt. 34.)

The parties have conferred and disagree about status, and accordingly set forth their respective positions regarding next steps below:

**AMUSA**: In the nine months since AMUSA filed its First Amended Complaint, Guardmark's insurer has paid less than 10% of the amount of defense costs sought by AMUSA in

1

this action.  Over $1,000,000 of the defense costs sought by AMUSA in this action remain unpaid. AMUSA disputes the characterization by Guardsmark, as stated below, that Guardsmark first learned about the insurance coverage issues two weeks ago.  In any event, both sides agree that AMUSA's First Amended Complaint has been pending for over nine months without a response and that large sums of defense costs sought by AMUSA from Guardsmark and its insurer have not been paid to date.  It is AMUSA's position that it can no longer delay prosecution of this matter, and accordingly requests that this Court set a date certain by which Guardsmark must answer or otherwise respond to AMUSA's First Amended Complaint.

**GUARDSMARK**:  Guardsmark's states its position as follows: Guardsmark first learned about the insurance coverage issues two weeks ago.  Guardsmark was under the impression that negotiations were taking place and Plaintiff (AMUSA) was getting reimbursed by Guardsmark's carrier, as Guardsmark had obtained excess coverage for the underlying wrongful death settlement. Guardsmark's attorneys have consulted extensively with the carrier providing this coverage and have been given some insight into the current negotiations and the potential for a resolution of those issues.  Despite the most recent insight into the negotiations, Guardsmark and it attorneys will need as short amount of time to work with the carrier and attempt to resolve the amounts allegedly owed to AMUSA. Guardsmark's first notice of such an impasse with the insurance carrier was on August 5th, and thus Guardsmark would request 30 days, or by September 18, 2020 to address the potential shortage claimed by AMUSA.  Guardsmark would like an opportunity to work with its insurance carrier to clarify the remaining outstanding issues and the magnitude of any shortfalls regarding any reimbursement, at which time Guardsmark will answer or otherwise respond to plaintiff's petition.  This continuance is not meant to delay the case but to define the issues and allow the defendants to respond to the new information it has learned this month.

Dated:  August 19, 2020

JENNER & BLOCK LLP


By: /s/ David M. Kroeger

David M. Kroeger
Catherine L. Doyle
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 923-2861
Fax: (312) 527-0484
dkroeger@jenner.com
cdoyle@jenner.com


*Attorneys for Plaintiff*
*ArcelorMittal USA LLC*

Respectfully submitted,

WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP


By: /s/ Charles W. Planek

Charles W. Planek
Karen N. Arenas
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603-5001
Tel: (312) 821-6153
Fax: (312) 704-1522
charles.planek@wilsonelser.com
karen.arenas@wilsonelser.com


*Attorneys for Defendant*
*Guardsmark, LLC*

3