**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

-----------------------------------------------------------------

ARCELORMITTAL USA LLC,

                         Plaintiff,

        v.

GUARDSMARK, LLC and LEXINGTON
INSURANCE COMPANY,

                       Defendants.

-----------------------------------------------------------------

: Civil Action No.: 1:19-cv-02451
:
: Hon. Robert W. Gettleman

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff ARCELORMITTAL USA LLC (n/k/a Cleveland-Cliffs Steel LLC) and

Defendant GUARDSMARK, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

hereby stipulate that this action shall be dismissed with prejudice in its entirety, with each party to

bear its own costs and fees (including attorneys' fees).

Dated: March 15, 2021

JENNER & BLOCK LLP

By: /s/ David M. Kroeger
   David M. Kroeger
   Catherine L. Doyle
   353 N. Clark Street
   Chicago, Illinois 60654-3456
   Tel: (312) 923-2861
   Fax: (312) 527-0484
   dkroeger@jenner.com
   cdoyle@jenner.com

   *Attorneys for Plaintiff*
   *ArcelorMittal USA LLC*
   *n/k/a Cleaveland-Cliffs Steel LLC*

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: /s/ Charles W. Planek (with consent)
   Charles W. Planek
   55 West Monroe Street, Suite 3800
   Chicago, Illinois 60603-5016
   Tel: (312) 704-0550
   charles.planek@wilsonelser.com

   *Attorneys for Defendant*
   *Guardsmark, LLC*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which served a copy on all parties via counsel of record.

*/s/ Catherine L. Doyle*